AUSA: William J. Vailliencourt Jr. Telephone: (313) 920-3193
Task Force Officer: Evan Zapolski Telephone: (989) 439-5276

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

I hereby certify that the foregoing is a true copy of the original on file in this office.
Clerk, U.S. District Court
Eastern District of Michigan
By: s/Kristen MacKay
Deputy

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 21-cr-50658-2
218 Storch Street, Saginaw, MI 48602. )
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Michigan_____ .
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

**YOU ARE COMMANDED** to execute this warrant on or before   May 24, 2021    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   the presiding United States Magistrate Judge on duty   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   May 10, 2021   2:03 pm

*Judge's signature*

City and state:   Flint, Michigan          Curtis Ivy, Jr., U. S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A
## DESCRIPTION OF THE PREMISES TO BE SEARCHED
## 218 STORCH STREET, SAGINAW, MI 48602 (the "Target Residence")

The Target Residence is described as a one-story house with beige siding, gray shingles, and white window trim and includes a detached garage that is on the south side of the residence. The front storm door and garage door are white in color. There are porch columns that have a stone base. The numbers "218" are displayed on the stone base for the porch column nearest the driveway. The house sits on the south side of Storch Street. The Target Residence is the second house to the south of Adams Boulevard and is pictured below.



## ATTACHMENT B
## LIST OF ITEMS TO BE SEIZED AND SEARCHED
## 218 STORCH STREET, SAGINAW, MI 48602

1. All visual depictions, including still images, videos, films or other recordings of child pornography or minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, and any mechanism used for the receipt or storage of the same, including but not limited to:

   a. any computer, computer system and related peripherals; tapes, cassettes, cartridges, streaming tape, computer disks, disk drives, video display monitors, printers, modems, routers, tape drives, system disks, magnetic disks, internal/external hard drives, scanners, and other computer related operation equipment; any electronic and/or digital data storage devices, including but not limited to, hardware, software, diskettes, tapes, DVD's, CD's, flash memory devices, cellular telephones, tablets, and other storage mediums;

   b. books and magazines containing visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. §2256;

   c. originals, copies, and negatives of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. §2256; and

   d. motion pictures, films, videos, and other recordings of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. §2256;

2. Information or correspondence pertaining to the possession, receipt or distribution of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256, that were transmitted or received using computer, some other facility or means of interstate or foreign commerce, common carrier, or the U.S. mail including, but not limited to:

1

      a.    envelopes, letters, and other correspondence including, but not limited to, electronic mail, chat logs, and electronic messages, establishing possession, access to, or transmission through interstate or foreign commerce, including by United States mail or by computer, of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. §2256; and,

      b.    books, ledgers, and records bearing on the production, reproduction, receipt, shipment, orders, requests, trades, purchases, or transactions of any kind involving the transmission through interstate or foreign commerce including by United States mail or by computer of any visual depiction of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. §2256;

3.    Any and all cellular telephone and the content of the any cellular phone including but not limited to contact names, addresses and telephone numbers, text messages, emails, calendars, notes, photographs, and any items demonstrating ownership of the cellular telephone;

4.    For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant, evidence of who used, owned, or controlled the computer or storage medium at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

5.    In order to search for the items described above that may be maintained in electronic media, law enforcement personnel seek authorization to search, copy image and seize the following items for off-site review:

      a.    Any computer equipment and storage device capable of being used to commit, further or store evidence of the offense listed above;

  b. Any computer equipment used to facilitate the trans1nission, creation, display, encoding or storage of data, including word processing equipment, modems, docking stations, monitors, printers, plotters, encryption devices, and optical scanners;

  c. Any magnetic, electronic or optical storage device capable of storing data, such as floppy disks, hard disks, tapes, CD's, DVD's, optical disks, printer or memory buffers, smart cards, PC cards, memory calculators, electronic dialers, electronic notebooks, and personal digital assistants;

  d. Any documentation, operating logs and reference manuals regarding the operation of the computer equipment, storage devices or software;

  e. Any applications, utility programs, compilers, interpreters, and other software used to facilitate direct or indirect communication with the computer hardware, storage devices or data to be searched;

  f. Any physical keys, encryption devices, dongles, and similar physical items necessary to gain access to the computer equipment, storage devices or data;

  g. Any passwords, password files, test keys, encryption codes or other information necessary to access the computer equipment, storage devices or data;

  h. Files, records, programs, logs, electronic communications, scanning programs, financial records, hacking software, and router configuration software.

6. Any and all cameras, film, or other photographic equipment;

7. Records, in whatever form, of personal and business activities relating to the operation and ownership of the computer systems, such as telephone records, notes, books, diaries, reference materials, and documents regarding purchase or repair;

3

8. Records, in whatever form, pertaining to accounts held with Internet Service Providers or of Internet use; and

9. Deeds, titles, bills, invoices, and other indicators of ownership or occupancy of desktop computers, laptop computers, tablets, and other similar devices; documents reflecting names, addresses, and telephone numbers; bank records; all records or documents identifying the location of safety deposit boxes or other possible repositories for pornography; and any keys or other access devices associated with such depositories;

10. If any safes or other locked containers are found on the premises, locksmiths may be used to open the safe or container either on the premises, or if reasonably necessary, any safe container may be moved off-premises to be opened.

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: <br> 21-cr-50658-2 | Date and time warrant executed: <br> 5-13-21 | Copy of warrant and inventory left with: <br> Matthew Wazny |
| Inventory made in the presence of : <br> Matthew Wazny | | |
| Inventory of the property taken and name of any person(s) seized: <br><br> 1) Desktop - home built, black in color <br> 2) LG LS675 w/ SIM & 16 GB micro SD <br> 3) Seagate 500 GB hard drive, SN: Z3T9JFP6 <br> 4) Seagate 2 TB hard drive, SN: 5YD4EBNN <br> 5) Western Digital 160 GB hard drive, SN: WCANMC599604 | | |

**Certification**

 I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  8-24-21

*TFO Evan Zapolski*
*Executing officer's signature*

Task Force Officer Evan Zapolski
*Printed name and title*